IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SALLAH ABDULLA                    :        CIVIL ACTION
                                  :
    v.                            :        No. 23-3914
                                  :
LISA PITTAOULIS                   :

## ORDER

AND NOW, this 20th day of February, 2026, upon consideration of Defendant Lisa Pittaoulis's Motion for Summary Judgment and Plaintiff Sallah Abdulla's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Dkt. No. 20) is GRANTED.  Judgment is entered in favor of Lt. Pittaoulis as to all claims in Abdulla's Complaint.

The Clerk of Court is DIRECTED to mark this case CLOSED.


                                  BY THE COURT:


                                  /s/ Juan R. Sánchez
                                  Juan R. Sánchez, J.